## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ALASKA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW  MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, and DISTRICT OF COLUMBIA, *ex rel*. BRYAN TICER, <br><br>                    Plaintiffs, <br><br>v. <br><br>OPTUM, INC., OPTUMRX, INC., UNITEDHEALTH GROUP, INC., CIGNA CORPORATION, and CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br>                    Defendants. | **CIV-19-00122-R** |

## ORDER

The Court, having considered Kelli S. Price's Motion to Withdraw as Attorney for

the State of Oklahoma (docket entry number 19), hereby GRANTS the motion.

Accordingly, Kelli S. Price is hereby withdrawn as counsel for the State of Oklahoma in this case.

IT IS SO ORDERED this 26th day of February 2021.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**